# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Respondent, | : | NOS. 07-184, 07-683 |
| v. | : | |
| JAMAL SOLOMON, | : | CIVIL ACTION |
| Petitioner. | : | NO. 09-2104 |

## ORDER

AND NOW, on this 18th day of November 2009, it is hereby ORDERED, for the reasons stated in the foregoing Memorandum, that Petitioner Jamal Solomon's Motion to Vacate, Set Aside, or Correct Sentence (Case No. 07-184, Docket No. 24; Case No. 07-683, Docket No. 13) is DENIED, and that the Government's Motion to Dismiss 2255 Motion (case No. 07-184, Docket No. 27; Case No. 07-683, Docket No. 16) is GRANTED. The Court finds no ground upon which to issue a certificate of appeal.

The Clerk is directed to close these cases.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J

O:\Criminal Cases\07-184 07-683 Solomon, US v\Solomon - Order Habeas Corpus 2255.wpd